UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Integrated Labeling Systems, Inc.</u>

    v.                               Civil No. 08-00035-JL

<u>Raymond Scipioni, et al.</u>

### **O R D E R**

A status conference was held in chambers on March 11, 2008.

By agreement of the parties, the following dates/deadlines are established:

- the response deadline for any preliminary discovery request is **21 days**;
- objections to the parties' preliminary injunction, personal jurisdiction, and venue motions are due **May 2, 2008**;
- replies to the above objections are due **May 12, 2008;**
- a hearing on the personal jurisdiction and preliminary injunction issues (in that order) will be held **May 14, 2008** (1:30 p.m.) and **May 15, 2008** (10:30 a.m.).

The parties are limited to three preliminary depositions regarding the above issues.

The plaintiff will file the motion to amend its complaint on or before **March 20, 2008.**  The defendant will answer the amended complaint within seven days.

The waiver/estoppel defense asserted by the defendant is stricken without prejudice.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

March 12, 2008

cc:   Cameron G. Shilling, Esq.
      Derek D. Lick, Esq.