UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Integrated Labeling Systems, Inc., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:08-cv-00035-JL |
| Raymond N. Scipioni and Avalon Integration, Inc., | ) ) ) | |
| Defendants. | ) ) | |

## Order

This matter has come before the Court on a Stipulation of Dismissal, filed by the parties

on May 30, 2008.  The Court hereby APPROVES and ORDERS as follows:

A.      This action is hereby discontinued and dismissed with prejudice; and

B.      The terms contained in Paragraphs 1, 3, 4, 5 and 6 of the Settlement and Non-competition

Agreement are issued as an Order of this Court and any violation of these provisions may result

in contempt of court.

This 5th day of June, 2008.                 By: /s/ Joseph n. Laplante
                                                United States District Court Judge